FILED IN OPEN COURT

ON 3/21/24 BRH

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CR-106

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **I N D I C T M E N T** |
| | ) | |
| ESTUARDO CAMEY-GONZALEZ | ) | |
| a/k/a "Ariel Gordines-Bravo" | ) | |

The Grand Jury charges:

## COUNT ONE

On or about March 23, 2022, in the Eastern District of North Carolina, the defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo," for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used a false attestation on an Employment Eligibility Verification (Form I-9) knowing that said attestation was false, in that the defendant stated he was a lawful permanent resident of the United States, when in fact, as he then knew, he was not a lawful permanent resident of the United States.

All in violation of Title 18, United States Code, Section 1546(b)(3).

## COUNT TWO

On or about March 23, 2022, in the Eastern District of North Carolina, the defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo,"

1

did knowingly use and possess an alien registration receipt card and document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, Permanent Resident Card A# XXX-XXX-567, which the defendant knew to be counterfeited, falsely made and unlawfully obtained, in that the defendant possessed and used such counterfeited, falsely made and unlawfully obtained permanent resident card in connection with an Employment Eligibility Verification (Form I-9) at Spring Acres Sales Co., in Spring Hope, North Carolina.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT THREE

On or about March 23, 2022, in the Eastern District of North Carolina, the defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo," for the purpose of obtaining anything of value and for any other purpose, did knowingly, and with intent to deceive, falsely represent a number, that is, XXX-XX-9175, to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, as he then knew, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT FOUR

On or about October 20, 2022, in the Eastern District of North Carolina, the defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo,"

2

did knowingly make under oath, and subscribe as true under penalty of perjury under 28 U.S.C. § 1746, a false statement with respect to a material fact in an application and a document required by the immigration laws and regulations prescribed thereunder, that is:

1. On Part 2, Question 7.a. of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "I was or am in immigration proceedings" he answered "No" when in fact, as he then knew, he had been in immigration proceedings on September 10, 2020, when ordered deported and removed by an immigration judge in Stewart, Georgia.

2. On Part 3, Question 1.g. of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "Have you EVER . . . [b]een in jail or prison" he answered "No" when in fact, as he then knew, he had been in jail when he was ordered detained and remanded to the custody of the United States Marshal from June 20, 2019 to on or about June 9, 2020 in connection with his federal arrest on June 13, 2019.

3. On Part 3, Question 17 of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "Have you EVER had removal, exclusion, rescission, or deportation proceedings initiated against you?" he answered "No" when in fact, as he then knew, he had removal and deportation proceedings initiated against him on or about May 29, 2019.

4. On Part 3, Question 18 of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "Have you EVER been removed, excluded, or deported from the United States?" he answered "No" when in fact, as he then knew, he had been removed, excluded, and deported from the United States to Guatemala on October 15, 2020.

5. On Part 3, Question 19 of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "Have you EVER been ordered to be removed, excluded, or deported from the United States?" he answered "No" when in fact, as he then knew, he had been ordered to be removed, excluded, and deported from the United States on September 10, 2020.

All in violation of Title 18, United States Code, Section 1546(a).

3

## COUNT FIVE

On or about October 20, 2022, in the Eastern District of North Carolina, the defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo," did knowingly make a false statement under oath, in a Petition for U Nonimmigrant Status (Form I-918), a case, proceeding, and matter relating to, under, by virtue of a law of the United States relating to the registry of aliens, that is:

1. On Part 2, Question 7.a. of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "I was or am in immigration proceedings" he answered "No" when in fact, as he then knew, he had been in immigration proceedings on September 10, 2020, when ordered deported and removed by an immigration judge in Stewart, Georgia.

2. On Part 3, Question 1.g. of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "Have you EVER . . . [b]een in jail or prison" he answered "No" when in fact, as he then knew, he had been in jail when he was ordered detained and remanded to the custody of the United States Marshal from June 20, 2019 to on or about June 9, 2020 in connection with his federal arrest on June 13, 2019.

3. On Part 3, Question 17 of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "Have you EVER had removal, exclusion, rescission, or deportation proceedings initiated against you?" he answered "No" when in fact, as he then knew, he had removal and deportation proceedings initiated against him on or about May 29, 2019.

4. On Part 3, Question 18 of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "Have you EVER been removed, excluded, or deported from the United States?" he answered "No" when in fact, as he then knew, he had been removed, excluded, and deported from the United States to Guatemala on October 15, 2020.

5. On Part 3, Question 19 of his Petition for U Nonimmigrant Status (Form I-918), in response to the question "Have you EVER been ordered to be removed, excluded, or deported from the United States?" he answered "No" when in fact, as he then knew, he had been ordered to be removed, excluded, and deported from the United States on September 10, 2020.

4

All in violation of Title 18, United States Code, Section 1015(a).

## COUNT SIX

On or about April 7, 2023, in the Eastern District of North Carolina, the defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo," an alien, was found in the United States after having previously been excluded, deported, and removed from the United States on October 15, 2020, at Alexandria, Louisiana, and not having obtained the express consent of the Attorney General, or his successor, to reapply for admission thereto.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## COUNT SEVEN

On or about September 19, 2023, in the Eastern District of North Carolina, the defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo," for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used a false attestation on an Employment Eligibility Verification (Form I-9) knowing that said attestation was false, in that the defendant stated he was a lawful permanent resident of the United States, when in fact, as he then knew, he was not a lawful permanent resident of the United States.

All in violation of Title 18, United States Code, Section 1546(b)(3).

## COUNT EIGHT

On or about September 19, 2023, in the Eastern District of North Carolina, the

5

defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo," did knowingly use and possess an alien registration receipt card and document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, Permanent Resident Card A# XXX-XXX-567, which the defendant knew to be counterfeited, falsely made and unlawfully obtained, in that the defendant possessed and used such counterfeited, falsely made and unlawfully obtained permanent resident card in connection with an Employment Eligibility Verification (Form I-9) at Ed Braswell and Son, Inc., in Rocky Mount, North Carolina.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT NINE

On or about September 19, 2023, in the Eastern District of North Carolina, the defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo," for the purpose of obtaining something of value from any person and for any other purpose, did knowingly, and with intent to deceive, falsely represent a number, that is, XXX-XX-9175, to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, as he then knew, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

6

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 8, United States Code, Section 1326(b)(2), the defendant, ESTUARDO CAMEY-GONZALEZ, also known as "Ariel Gordines-Bravo," was excluded, deported, and removed from the United States October 15, 2020, at Alexandria, Louisiana, after having been convicted of fraud and misuse of visas, permits, and other documents, an aggravated felony, on June 9, 2020, in the United States District Court for the Eastern District of North Carolina.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 3/20/2024

MICHAEL F. EASLEY, JR.
United States Attorney

*Barbara D. Koch, L*

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

7